■ PHILLIP ESPOSITO et al., Appellants-Respondents, v DYNACHARGE INCORPORATED, Respondent-Appellant, and DURACELL, INC., Respondent.—Order, Supreme Court, New York County (Kristin Glen, J.), entered on April 1, 1987, unani-

mously affirmed for the reasons stated by Kristin Glen, J., without costs and without disbursements. Concur—Kupferman, J. P., Sandler, Carro, Milonas and Smith, JJ.